## SCHAFF, Rec., v. EDWARDS.

No. 14717—Opinion Filed April 14, 1925.

Rehearing Denied June 30, 1925.

**Syllabus Adopted.**

The syllabus in the case of Chas. E. Schaff, as Receiver of the M., K. & T. Ry. Co., v Edwards. No. 14669 (this day decided) is adopted as the syllabus in this case.

(Syllabus by Stephenson, C.)

**Commissioners' Opinion, Division No. 4.**

Error from District Court, Washington County; H. C. Farrell, Judge.

Action by K. L. Edwards against Chas. E. Schaff, as receiver of the Missouri, K. &" T. Ry. Company, for damages on account of personal injury. Judgment for plaintiff. Defendant brings error. Reversed and remanded.

M. D. Green and H. L. Smith, for plaintiff in error.

H. H. Montgomery and S. J. Montgomery, for defendant in error.

Opinion by STEPHENSON. C. The case of Chas. E. Schaff, as receiver for the M., K. & T. Ry. Company, v. Edwards, No. 14,-660, 111 Okla. 13, 237 Pac. 620, is a companion case to the one now being considered. The former case operates to cause the reversing and remanding of this appeal for further proceedings in accordance with the views expressed in cause No. 14669.

By the Court: It is so ordered.